IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RALPH WARREN GOLDEN,

    Plaintiff,

v.                                                    CASE NO. 1:05-cv-00129-MP-MD

DEPUTY JOSHUA CREWS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 46, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Motion for Summary Judgment, Doc. 32, be denied. The Magistrate Judge filed the Report and Recommendation on Thursday, March 29, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Plaintiff Golden, an inmate currently incarcerated at Okaloosa Correctional Institution, brings this action under 42 U.S.C. § 1983, alleging that Defendant Crews violated his Fourth Amendment rights by using excessive force in effectuating Plaintiff's arrest. Defendant, a deputy with the Alachua County Sheriff's Office, attempted to stop Plaintiff during a traffic stop to arrest him on outstanding warrants. Plaintiff failed to stop, and after a high-speed chase, Plaintiff wrecked his car and fled into the woods. When Plaintiff was located, Defendant used a "standard law enforcement arm bar technique," took Plaintiff directly to the ground, and handcuffed him. During this take-down move, Plaintiff alleges that he struck his face against a rock, resulting in a broken jaw.

*Page 2 of 2*

Because the material facts of this case are in dispute, the Magistrate Judge recommends that summary judgment is inappropriate at this stage of the proceedings.  While Plaintiff claims that he was complying with the instructions of the deputies when he was tackled unexpectedly from behind by Defendant, the affidavits of Defendant and other officers state that Plaintiff ignored the commands to get on the ground and continued to approach the officers, resulting in the necessity to execute the "takedown" in accordance with standard law enforcement procedure.  As the Magistrate notes, to decide which version is true would require the Court to engage in a credibility determination, which is not proper at this point in the proceedings.  Further, because Defendant has not addressed Plaintiff's claim that his rights were violated due to the fact that no warrant for his arrest existed, this fact must be taken in the light most favorable to the Plaintiff, and summary judgment denied on this claim.

Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Defendant's motion for summary judgment, Doc. 32, is DENIED, and this case is referred to the Magistrate Judge for further proceedings.

3. Plaintiff's pending Motion to Appoint Counsel, Doc. 48, and Defendant's Response, Doc. 49, are referred to the Magistrate Judge.

**DONE AND ORDERED** this   *30th* day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:05-cv-00129-MP-MD*